IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| H. REID KEY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:23-cv-386-TFM-B |
| | ) |
| CHANTELLE S. VALLELY, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION AND ORDER**

On August 2, 2024, the Magistrate Judge entered a report and recommendation which recommends the Plaintiffs' motion to remand (Doc. 4) be granted and this case be remanded to state court. *See* Doc. 9. No objections were filed and the time frame has passed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. Accordingly, the motion to remand (Doc. 4) is **GRANTED** and this matter is **REMANDED** to the Circuit Court of Baldwin County, Alabama.

The Clerk of Court is **DIRECTED** to take the appropriate steps to effectuate the remand.

**DONE** and **ORDERED** this 19th day of August, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE